## JEREMIAH WOOLASTON et al. v. THOMAS MENDENHALL.

Court of Chancery. New Castle. August, 1817.